

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 24, 2020

**BY EMAIL**
The Honorable Judith C. McCarthy
Hon. Charles L. Brieant Jr.
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *United States v. Gustavo L. Vila*, **20-mj-08889**

Dear Judge McCarthy:

The Government respectfully writes to request that the Complaint filed in the above-captioned case be sealed. On August 21, 2020, Judge Smith entered the Complaint and issued an arrest warrant for the defendant. The defendant, however, is unaware of this case and has not yet been arrested. To ensure that the defendant does not learn about this case prematurely and does not otherwise try to flee or avoid prosecution, the Government respectfully requests that the Court issue an order sealing the Complaint.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Sarah L. Kushner
Assistant United States Attorney
(212) 637-2676

**SO ORDERED:**

_____ 8-25-20
JUDITH C. McCARTHY
United States Magistrate Judge