UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X
                     :

UNITED STATES OF AMERICA      :    **Waiver of Indictment**

                     :    20 Cr. 495 (VB)
   - v. -             :

                     :    COUNTY OF OFFENSE:
GUSTAVO L. VILA,         :    WESTCHESTER

           Defendant.  :
- - - - - - - - - - - - - - - - -X

    The above-named defendant, who is accused of violating Title 18, United States Code, Sections 641 and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.[1]

               /s/ Gustavo Vila
               Defendant *by permission on the record 9/18/20*

               Witness

               Susanne Brody
               Counsel for Defendant

Date:    New York, New York
          September  18,
          2020

---

[1] This proceeding is being held remotely with the consent of the defendant, pursuant to Chief Judge McMahon's Amended Standing Order, dated June 24, 2020 (M10-468).