UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Gustavo Vila

             Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 Cr. 495 (VB)

Defendant Gustavo Vila hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☒     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel

_/s/ Gustavo Vila_
Defendant's Signature by permission
(Judge may obtain verbal consent on
Record and Sign for Defendant)

    Gustavo Vila
Print Defendant's Name

_/s/_
Defendant's Counsel's Signature

Susanne Brody
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_Sept 18, 2020_
Date

U.S. District Judge/U.S. Magistrate Judge