UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

GUSTAVO L. VILA,
          Defendant.
--------------------------------------------------------------x

**ORDER**

20 CR 495 (VB)

A status conference in this matter is scheduled for October 1, 2020, at 11:00 a.m. Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that the defendant waives his right to be physically present and consent to appear by telephone after consultation with counsel.

Accordingly, it is hereby ORDERED:

1. By September 24, 2020, defense counsel shall advise the Court in writing as to whether his or her client waives his right to be physically present and consents to appear by telephone.

2. At the time of the scheduled hearing, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

    **Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662**
    **Access Code: 1703567**

Dated: September 21, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge