# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

September 25, 2020

BY ECF

The Honorable Paul Davison
United States Magistrate Judge
Southern District of New York
300 Quaroppas Street
White Plains, New York 10601

Re: **United States v. Gustavo Vila**
**20 Cr. 445(VB)**

Dear Magistrate Judge Davison:

This letter is written at the request of the Court and on behalf of Mr. Vila. Mr. Vila is currently unemployed as he was fired from the Logan Bus Co., Inc, the day he was arrested on the pending charges. He currently receives $41.26 a month from his police pension fund. He cannot access any other funds from this account. His previous home at 21 Chestnut Street, Yorktown Heights, is owned exclusively by his ex-wife and is on the market. An offer has been accepted and he anticipates an October closing date. The terms of his divorce degree entitle him to certain proceeds from the sale and he anticipates receiving approximately $130,000. The 1820 Commerce Street property is in receivership and he is uncertain of the status of that property. We have discussed these properties with the government and it is Mr. Vila's intention to give whatever monies he receives to the victim, Mr. John J. Ferreyra. At present he does not have access to any other funds and remains indigent. We will keep the Court informed of any changes to his financial situation.

Respectfully submitted,
        /s/
Susanne Brody

cc Sarah Kushner, A.U.S.A.
   Mr. Gustavo Vila