# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director*
*and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge*
*White Plains*

September 25, 2020

<u>BY ECF</u>

The Honorable Paul Davison
United States Magistrate Judge
Southern District of New York
300 Quaroppas Street
White Plains, New York 10601

Re: <u>United States v. Gustavo Vila</u>
**20 Cr. 495(VB)**

Dear Magistrate Judge Davison:

This letter is written at the request of the Court and on behalf of Mr. Vila. Mr.
Vila is currently unemployed as he was fired from the Logan Bus Co., Inc, the day he

was

arrested on the pending charges. He currently receives $4,126. a month from his police
pension fund. He cannot access any other funds from this account. His previous home at
21 Chestnut Street, Yorktown Heights, is owned exclusively by his ex-wife and  is on the
market. An offer has been  accepted and he anticipates an October closing date. The
terms of his divorce degree entitle him to certain proceeds from the sale and he
anticipates receiving approximately $130,000. The 1820 Commerce Street property is in
receivership and he is uncertain of the status of that  property. We have discussed these
properties with the government and it is Mr. Vila's intention to give whatever monies he
receives to the victim, Mr. John J. Ferreyra. At present he does not have access to any
other funds and remains indigent. We will keep the Court informed of any changes to
his financial situation.

Respectfully submitted,
/s/
Susanne Brody

cc Sarah Kushner, A.U.S.A.
    Mr. Gustavo Vila