```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
v.                                          :
                                            :      ORDER
                                            :
GUSTAVO L. VILA,                            :      20 CR 495 (VB)
              Defendant.                    :
-----------------------------------------------------------x
```

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE: 9/30/20*

The telephonic status conference in this matter currently scheduled for October 1, 2020, at 11:00 a.m., has been re-scheduled for October 1, 2020, at **9:30 a.m.**

At the time of the scheduled hearing, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

**Dial-In Number:**     (888) 363-4749 (toll free) **or** (215) 446-3662

**Access Code:**        1703567

Dated: September 30, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge