UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Gustavo Vila,
                Defendant.
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 Cr. 495 (VB)

Defendant Click or tap here to enter text. hereby voluntarily consents to participate in the following proceeding via  ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☒     Conference Before a Judicial Officer - Assignment of Counsel


_____          _____/s/_____
Defendant's Signature                                    Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Gustavo Vila                                    Susanne Brody
Print Defendant's Name                     Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

October 1,2020                                  _____
Date                                                  Hon. Vincent l. Briccetti, U.S. District Judge
                                                      Southern District of New York