UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,                    **CONSENT TO PROCEED BY VIDEO OR**
**TELE CONFERENCE**

-against-

20 Cr. ~~445~~ (VB)
495

Gustavo Vila,

Defendant.
-----------------------------------------------------------------X

Defendant ⟨Gustavo Vila⟩ ~~click here to enter text.~~ hereby voluntarily consents to participate in the
following proceeding via   ☒ ~~videoconferencing~~ or ☒ teleconferencing:

☒   Initial Appearance Before a Judicial Officer

☐   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
    Indictment Form)

☐   Guilty Plea/Change of Plea Hearing

☐   Bail/Detention Hearing

☒   Conference Before a Judicial Officer - Assignment of Counsel


_Gustavo Vila (by VLB)_                        _Susanne Brody (by VLB)_ /s/
Defendant's Signature                          Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Gustavo Vila                                   Susanne Brody
Print Defendant's Name                         Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

October 1, 2020
Date                                           Hon. Vincent I. Briccetti, U.S. District Judge
                                               Southern District of New York