UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

_USA_,
 Plaintiff(s),

v.

_Vila_,
 Defendant(s).
-----------------------------------------------------------x

**CALENDAR NOTICE**

20 CR 495 (VB)

PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

___ Status conference

___ Telephone conference

___ Pre-motion conference

___ Settlement conference

___ Oral argument

___ Bench ruling on motion

___ Final pretrial conference

___ Jury selection and trial

___ Bench trial

___ Suppression hearing

___ Plea hearing

✓ Sentencing

on __4-19-__, 20_21_, at __10:00 AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _2-5-21_.

All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _1-11-_, 20_21_
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge