

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 22, 2021

**BY ECF**
The Honorable Vincent L. Briccetti
Hon. Charles L. Brieant Jr.
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *United States v. Gustavo L. Vila*, 20 Cr. 495 (VB)

Dear Judge Briccetti:

      The Government respectfully writes to request, with the defendant's consent, that the parties' sentencing submission deadlines be extended in light of the Court's order, dated January 11, 2021, adjourning the defendant's sentencing from February 5, 2021, to April 19, 2021 (Doc. No. 28). Specifically, the parties request that the defendant's and the Government's submission deadlines be extended from January 26, 2021 to April 5, 2021, and from February 2, 2021 to April 12, 2021, respectively. There have been no prior requests for an extension.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

by: *[signature]*
      Sarah L. Kushner
      Assistant United States Attorney
      (212) 637-2676