# EXHIBIT A

Ms. Denise Thomas
400 Argyle Rd
Brooklyn, New York
11218

Nov 29, 2020

To whom it may concern,

I have known Gustavo Vila for over 25 yrs. He was my Boss in NYPD and he became a very close and personal friend too me and my family. Gustavo has always been a fair and decent person towards me and others for as long as I have known him. He also has been there for me and others. There was a situation with myself that I was being descrimated against because of my sex and race and he went to his boss who was a chief and made sure that I was treated fairly. And Gustavo has done this for numerous people on the job. He has always been kind and considerate of others and their well being. I know he has had some highs and lows from his 1st + 2nd marriage and other things that he has confided in me that have transpired in his life. I watched him work a second job and go to school to become a lawyer while being a boss in NYPD and carrying out his job functions. And too see him lose all of it due to the burdens he was carring alone.

and him letting his pride get in the way. Because I spoke with him and told him he could of called and reached out for help. I feel that he just spiraled out of control and everything just came crashing down. I know he did something that cannot go unpunished and he as well knows this. He is fully aware he has to pay the price for decisions he made. He let his judgement get clouded and he is very remorseful and embrassed for the disappoint he has brought upon his family and himself. I am just asking for some leniency and consideration if you can have toward someone that I feel can and will prove himself worthy and repay his debt to society if given a second chance to redeem himself.

Sincerly

Ms. D. Thomas
D. Thomas