———————————————————

# EXHIBIT C

———————————————————

Danielle Vila
977 Little Whaleneck Rd.
Merrick, NY 11566
Mobile – 516.993.5746
Email – danielle_vila12@yahoo.com


November 20, 2020


Re: Gustavo Vila Letter of Support


Dear Honorable Judge:

My name is Danielle Vila and I am writing respectfully to express my support for my father Gustavo Vila, who faces criminal sentencing before your court.

I grew up in Long Island, NY and I graduated from Adelphi University with a BS in Finance.  I later went to Fashion Institute of Technology and graduated with an AAS in Advertising and Marketing Communications.  I have now been working in fashion wholesale in Manhattan for the past 12 years.

I adore my father for the same reasons everyone else did, he always made everything all better.  Whenever I am with him, I always feel special and loved.  Amongst so many things, he always let me sleep with him when I was afraid of the dark, he never judged me during my rebellious teenage years, and he rescues me whenever I need saving.  He has been there to help me through all of my ups and downs throughout life.  I've always felt like I could tell him anything.  He is the type of person that would give you the shirt off his back.  Everyone has immense respect for him and looks up to him.  He is my best friend and the best parts of him are the best parts of me.

My father has the biggest heart, and he is the hardest working person I know.  He is my role model for many reasons. First and foremost, I admire his passion. That is why he has been so respected in his offices as well. He is always there to help his colleagues even if it is not part of his job. In fact, one can always see him going out of his way helping others out.  He was working in the police commissioner's office when the 9/11 attacks occurred.  I remember that day like it was yesterday.  I was home getting ready to leave for class at Adelphi when the news came on the TV that the first tower was hit.  I immediately knew my dad was there and I tried calling him right away.  His phone wasn't working and for 2 days I wasn't sure if he survived the attacks.  Luckily, he called me as soon as he got near a phone.  Those 2 days were absolute torture waiting to hear from him.  He stayed there at Ground Zero digging through the rubble for weeks to try and save anyone he could.

During the course of my life and now that I am at an adult age, I am starting to understand what it means to persevere no matter what difficulties life presents you.  Saying that father came from very humble beginnings is an understatement.  He was born in Puerto Rico into a military family where him and his brothers had to be up routed constantly due to his father's assignments.  By the age of 5, he had to quickly take the responsibilities of an adult while his father was sent to Vietnam and his mother worked to support the family.  He had to step in and help his mother take of his brothers, cook, clean etc. all while learning to speak a whole new language.  He quickly learned that his mission in life is to help others.

Once my dad became a police officer, he used that platform to do things like organize community activities and charity events. He coached a basketball team for inner city children.  He arranged for national food companies to donate meals for him and his team to distribute to families that needed help.  He also took me to the office during the holidays to give the homeless people food.  He always put other people's needs first and taught me to always view people as equals.

My dad is thoughtful, sensitive, kind, respectful, loving and caring.  He has an excitement for life, a great sense of humor and true love for his family.  I have been and will continue to support him throughout this process and in the future.  I know for a fact that he is not a threat to society but rather an asset to his family and to his community.  He will be in great company with his supportive family who will be there to help him start a new life.  I know he will take responsibility for his actions and use this experience to make himself a better person.

If you have any questions, please feel free to contact me directly.

Sincerely,

Danielle Vila