# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

April 9, 2021

APPLICATION GRANTED IN PART
SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.
Dated: 4/9/21
White Plains, NY

Ms. Brody may participate by teleconference (not video)

BY ECF AND EMAIL
The Honorable Vincent L. Briccetti
United States District Court Judge
Southern District of New York
300 Quaroppas Street
White Plains, New York 10601

United States v. Gustavo Vila
20 Cr. 00495(VB)

Dear Judge Briccetti:

This letter is written in advance of the in court sentencing of Mr. Gustavo Vila currently scheduled for Monday, April 19, 2021 at 9:00 a.m. I respectfully request that the Court allow my colleague, Benjamin Gold, AFD, to stand with Mr. Vila and allow me to participate in the sentencing by video conference. I have spoken to Mr. Vila regarding this request and he understands why this request is being made and consents to proceed in court with my colleague. Your kind consideration of this request is most appreciated.

Respectfully submitted,

*Susanne Brody*
Susanne Brody, Esq.

cc: Sarah Kushner, A.U.S.A.
    Mr. Gustavo Vila

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/21