# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

April 8, 2021

BY ECF AND EMAIL
The Honorable Vincent L. Briccetti
United States District Court Judge
Southern District of New York
300 Quaroppas Street
White Plains, New York 10601

<u>UNITED STATES V. GUSTAVO VILA</u>
**20 Cr. 00495(VB)**

*Having consulted with Mr. Adams, the Court grants the request herein. All parties will be provided with a copy of the treatment summary. So Ordered: VB, USDJ 4/9/2021*

**Dear Judge Briccetti:**

This letter is written on behalf of Mr. Gustavo Vila and respectfully requests that this Court Order Pretrial services to request that Dr. Richard Kessler create a treatment summary and evaluation for Mr. Vila and to disclose the report to probation, the parties and the Court. Since his release on bail, and as a special condition of bail, he has been under the care of Dr. Richard Kessler. Pretrial has informed me that they have received no evaluation, but have received periodic summaries. Certainly, these summaries can be turned over quickly. Respectfully, we request this Court to endorse this letter and direct his treating doctor, whom we understand is Dr. Richard Kessler, at Psychodiagnostic Services to prepare and provide a "treatment summary" for Mr. Gustavo Vila.

Respectfully Submitted,

*Susanne Brody*
Susanne Brody

cc: Sarah L. Kushner, A.U.S.A.

Vincent Adams, P.T.O.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/21