UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           Judgment Creditor,

v.

GUSTAVO L. VILA,

           Judgment Debtor,

and

NEW YORK CITY POLICE PENSION FUND,

           Garnishee.



20 Cr. 0495 (VB)

**FINAL ORDER**
**OF GARNISHMENT**

Copies Mailed / Faxed 4/25/22
Chambers of Vincent L. Briccetti

DH

    WHEREAS, pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3613, and the Federal Debt Collection Procedure Act, 28 U.S.C. § 3205, the United States sought, obtained, and served a writ of garnishment on the New York City Police Pension Fund ("the garnishee") for substantial nonexempt property belonging to or due the defendant-judgment debtor, Gustavo L. Vila (Dkts. 49 and 51);

    WHEREAS the garnishee answered that it has a monthly benefit in the amount of $4,186.74 for Gustavo L. Vila in its possession, custody, or control from which the garnishee began withholding 25% upon service of the writ (Dkt. 52);

    WHEREAS the garnishee further answered that in addition to Gustavo Vila's monthly benefit, the garnishee has in in its possession, custody, or control an annual payment of $12,000 from the Variable Supplements Fund ("VSF") for Gustavo L. Vila from which the garnishee began withholding 25% upon service of the writ (Dkt. 52);

    WHEREAS the United States served Gustavo L. Vila with the garnishment process (Dkt. 51); after which Vila claimed certain exemptions and requested a hearing (Dkts. 53, and 54) and

the United States opposed Gustavo L. Vila's requests and moved for a final order of garnishment (Dkts. 59, 60 and 61);

WHEREAS the Court, by order dated March 29, 2022, granted the motion of the United States and denied Gustavo L. Vila's request for hearing (Dkt. 64);

IT IS HEREBY ORDERED that the garnishee, NEW YORK CITY POLICE PENSION FUND, shall pay to the Clerk of Court within 15 days from the date of this order the nonexempt property it has in its possession, custody, or control belonging to or due the defendant-judgment debtor, GUSTAVO L. VILA, namely: 1) 25% of each monthly benefit payment, from the date that garnishee was served with the writ and continuing each pay period; and 2) the 25% of the annual VSF payment that is currently being withheld by the garnishee and; 3) commencing from the date of this order, 100% of the annual VSF payment during the time Vila is incarcerated, and; 4) following Vila's release from incarceration, 25% of the annual VSF payment, until the United States notifies the garnishee that the judgment debt is paid in full or further order of this Court

Payments should be made to "Clerk of Court" with "No. 20 CR 495" written on the face of each payment and mailed to the United States District Court, 500 Pearl Street, Room 120, New York, New York 10007, Attn: Cashier.

Dated: April 25, 2022
White Plains, New York

HON. VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE